**Order entered October 17, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00269-CV

### SAM W. PETTIGREW, JR., Appellant

### V.

### CEDAR SPRINGS ALEXANDRE'S BAR, L.P., Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02340-A**

## ORDER

We **GRANT** court reporter Cathye Moreno's extension request which has been pending while the Court determined its jurisdiction. We **ORDER** the reporter's record be filed no later than November 17, 2016.

/s/　　CRAIG STODDART
　　　　JUSTICE